IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HARRY TRUDRUNG                )
                              )
         Petitioner,          )
                              )
    v.                        )      1:10CV73
                              )
MARION TRUDRUNG               )
                              )
         Respondent.          )

**JUDGMENT**

For the reasons set forth in this court's Memorandum Opinions and Orders dated February 10, 2010, and July 21, 2010,

IT IS HEREBY ORDERED AND ADJUDGED that, the court having previously GRANTED the Petition for Return of Child (Doc. 2) and Ordered the child's return (Doc. 9), Respondent pay Petitioner the total sum of $8,704.85, reflecting $5,852.64 for legal fees and expenses and $2,852.21 for other necessary expenses.

                              /s/  Thomas D. Schroeder
                              United States District Judge
July 21, 2010